1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ABRAHAM E. BANKS,

11          Plaintiff,                    No. CIV S-07-0940 WBS CMK P

12      vs.

13   RICHARD TAN, et al.,

14          Defendants.

15   _____/        ORDER

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action. See

23   28 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $3.00 will be assessed by this

24   order. See 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate

25   agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the

26   Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty

1

Dockets.Justia.com

1    percent of the preceding month's income credited to plaintiff's prison trust account.  These

2    payments will be forwarded by the appropriate agency to the Clerk of the Court each time the

3    amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See 28 U.S.C.

4    § 1915(b)(2).

5              Plaintiff alleges that defendants were deliberately indifferent to his need for

6    medical care of his injured hand.  The complaint states a cognizable claim for relief pursuant to

7    42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven,

8    plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore,

9    finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment

10   of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff

11   complies with this order.  Plaintiff is warned that failure to comply with this order may result in

12   dismissal of the action.  See Local Rule 11-110.

13             In accordance with the above, IT IS HEREBY ORDERED that:

14             1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

15             2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

16   Plaintiff is assessed an initial partial filing fee of $3.00.  All fees shall be collected and paid in

17   accordance with this court's order to the Director of the California Department of Corrections

18   filed concurrently herewith.

19             3.  Service is appropriate for the following defendants: Richard Tan, J. Blanks, E.

20   Teal Young, Phillip, D. Lee, M. Marlow, G. James, J.W. Rohlfing.

21             4.  The Clerk of the Court shall send plaintiff eight USM-285 forms, one

22   summons, an instruction sheet and a copy of the complaint filed May 18, 2007.

23             5.  Within thirty days from the date of this order, plaintiff shall complete the

24   attached Notice of Submission of Documents and submit the following documents to the court:

25                       a.  The completed Notice of Submission of Documents;

26                       b.  One completed summons;

2

1    c.  One completed USM-285 form for each defendant listed in number 3

2    above; and

3    d. nine copies of the endorsed complaint filed May 18, 2007.

4    6.  Plaintiff need not attempt service on defendants and need not request waiver of

5    service.  Upon receipt of the above-described documents, the court will direct the United States

6    Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

7    without payment of costs.

8

9    DATED:   May 24, 2007.

10

11    CRAIG M. KELLISON

12    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                    Plaintiff,                        No. CIV

12          vs.

13                                                      NOTICE OF SUBMISSION

14                    Defendants.                       OF DOCUMENTS

15 _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17 order filed _____:

18                    _____         completed summons form

19                    _____         completed USM-285 forms

20                    _____         copies of the _____
                                                Complaint/Amended Complaint
21 DATED:

22

23                                              _____
                                                Plaintiff
24

25

26