IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM BANKS,                          No. CIV S-07-0940-WBS-CMK-P

    Plaintiff,

  vs.                                  ORDER

RICHARD TAN, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        On June 11, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant D. Lee (R.N.) was returned unserved because the defendant was "not at facility." Another attempt at service was made at another home address, which was "returned not deliverable." Finally, the CDC locator was contacted, but was "unable to identify or locate" defendant Lee. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed,

1

1 | plaintiff may seek judicial intervention.  Once additional information sufficient to effect service
2 | is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms
3 | necessary for service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect service may
4 | result in the dismissal of unserved defendants.  <u>See</u> Fed. R. Civ. P. 4(m).
5 |         Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek
6 | additional information sufficient to effect service on any unserved defendants and notify the court
7 | once such information is ascertained.

9 | DATED:  September 13, 2007.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2