# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM BANKS,     No. CIV S-07-0940-WBS-CMK-P

    Plaintiff,

  vs.     ORDER

RICHARD TAN, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendant Rohlfing's motion to vacate the scheduling order of August 23, 2007.  No party has filed an opposition.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1.    The dates in the scheduling order of August 23, 2007 (Doc. 12) are vacated;

       2.    Discovery may be conducted until March 21, 2008.  Any motion necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

/ / /

3. All pretrial motions, except motions to compel, shall be filed on or before May 15, 2008. Motions shall be briefed in accordance with paragraph 7 of this court's order filed June 11, 2007; and

4. At a later date, if appropriate, the court will order the parties to file and serve status reports. Following submission of status reports from all parties, the court will issue a further order setting the dates for pre-trial statements, a pre-trial conference, and the trial.

DATED: November 29, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2