IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM BANKS,                               No. CIV S-07-0940-WBS-CMK-P

    Plaintiff,

  vs.                                              ORDER

RICHARD TAN, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        On June 11, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants D. Lee (R.N.) and Dr. Phillip have been returned unserved. Plaintiff was previously ordered to provide additional information to serve defendant Lee. No additional information regarding this defendant has been submitted. Personal service directed to defendant Phillip has been unsuccessful.

        Failure to effect service on a defendant within 120 days requires dismissal of that defendant unless plaintiff can show good cause for the failure. See Fed. R. Civ. P. 4(m). Plaintiff will be required to show cause for the failure to complete service of process within 120

days on these two defendants.  Plaintiff is warned that failure to respond to this order may result in dismissal of the action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of service of process as against defendants Lee and Phillip.

DATED:  May 5, 2008

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE