IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM BANKS, | No. CIV S-07-0940-WBS-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| RICHARD TAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On May 6, 2008, the court ordered plaintiff to show cause in writing, within 20 days, why defendants Lee and Phillip should not be dismissed from this action for lack of service of process. Service of process directed to defendants D. Lee (R.N.) and Dr. Phillip have been returned unserved. Plaintiff was previously ordered to provide additional information to serve defendant Lee. No additional information regarding this defendant has been submitted. Personal service directed to defendant Phillip has been unsuccessful. To date, plaintiff has not filed a response to the order to show cause.

///

1

1       Based on the foregoing, the undersigned recommends that defendants Lee and Phillip be dismissed from this action.  This case will proceed as against the remaining defendants.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 2, 2008

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE