IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM BANKS, | No. CIV S-07-0940-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD TAN, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 31), filed on June 3, 2008.

  Defendants filed a motion for summary judgment on May 15, 2008.  Plaintiff's opposition was due 21 days after the filing.  Plaintiff now seeks an extension of that deadline. Good cause appearing therefor, the request will be granted.  Plaintiff is warned that failure to file an opposition to the motion for summary judgment may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.  See Local Rule 78-230(m).

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's motion for an extension of time is granted; and

3  2. Plaintiff shall file his opposition to the motion for summary judgment

4  within 30 days of the date of service of this order.

 DATED: June 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE