IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM BANKS,　　　　　　　　　　　No. CIV S-07-0940-WBS-CMK-P

　　　　Plaintiff,

　vs.　　　　　　　　　　　　　　　　　ORDER

RICHARD TAN, et al.,

　　　　Defendants.

_____/

　　　　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　　　On June 3, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

　　　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

　　　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　　　1.　　The findings and recommendations filed June 3, 2008, are adopted in full;

1

2. Defendants Lee and Phillip only are dismissed from this action for lack of service of process;

3. The Clerk of the Court is directed to update the docket to indicate the termination of these defendants;

4. This case proceeds as against the remaining defendants; and

5. This matter is referred back to the magistrate judge for further proceedings.

DATED: July 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE