IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM E. BANKS,                    No. CIV S-07-0940-WBS-CMK-P

       Plaintiff,

   vs.                               ORDER

RICHARD TAN, et al.,

       Defendants.

_____/

         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

         On February 9, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 9, 2009, are adopted in full;

2. Defendants' motions for summary judgment (Docs. 28 and 29) are granted; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: March 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE